(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-420-MJD/RLE Case Title: Sushoreba et al. v. Easy Heat, Inc.

### Affidavit of Movant

I, Thomas K. Klosowski ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Jessica Davidson Miller , an attorney admitted to practice in the ______ District of Columbia ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Easy Heat, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 176321 | 3-4-02 |
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, Jessica Davidson Miller , am currently a member in good standing of the U.S. District Court for ______ District of Columbia , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Jessica Davidson Miller | [signature] | 3/1/02 |
| Type/Print Name | Signature | Date |

Attorney License Number: 457021
Law Firm Name & Address: O'MELVENY & MEYERS, L.L.P.
555 13th Street N.W., Suite 500 West
Washington, D.C. 20004-1109
Telephone: 202-383-5157

Motion Granted: [signature] MAR 07 2002
For the Court: Richard D. Sletten, Clerk
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______