UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARLYS SUSHOREBA, et al., CIVIL NO. 02-420 (MJD/RLE)

Plaintiffs,

v. ORDER/NOTICE OF HEARING

EASY HEAT, INC.,

Defendant.

The above matter came on before the undersigned upon the Order of Referral of the District Court dated March 7, 2002.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. On March 11, 2002, Plaintiffs filed a letter with the Court advising that they had served Defendant with a Motion to Remand and for Attorney Fees and Expenses. Plaintiffs shall promptly file the originals and one copy of all said pleadings with the Clerk of Court.

2. Defendant's Response to Plaintiffs' Motion to Remand and for Attorney Fees and Expenses shall be delivered and filed on or before March 28, 2002.

3. Plaintiffs' Reply, if any, shall be delivered and filed on or before April 3, 2002.

4. Oral argument will be heard on Plaintiffs' Motion to Remand and for Attorney Fees and Expenses before the undersigned on April 4, 2002 at 10:00 a.m. in

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: March 13, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The terms of this Order were agreed upon by the Parties in a telephone conference on March 12, 2002.

J.M.M.