(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-420 MJD/RLE Case Title: Sushoreba et al. v. Easy Heat, Inc.

### Affidavit of Movant

I, Thomas K. Klosowski ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Morgen Anne Sullivan , an attorney admitted to practice in the Central District of California ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Easy Heat, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 176321 3-5-02
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Morgen Anne Sullivan , am currently a member in good standing of the U.S. District Court for Central District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Morgen Anne Sullivan [signature] 3-11-02
Type/Print Name Signature Date

Attorney License Number: No bar number assigned in the Central District of Cal.

Law Firm Name & Address: O'Melveny & Myers, L.L.P.
555 13th Street N.W.
Washington, D.C. 20004-1109

Telephone: 202-383-5255

Motion Granted: [signature] APR 16 2002
For the Court: Richard D. Sletten, Clerk Date

MMC

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

APR 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK