UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Marlys Sushoreba, Randy Myhre, and Julie Myhre, and all others similarly situated, proposed class representatives,

Plaintiffs,

vs. MINUTE ORDER

Easy Heat, Inc.

Defendant. Civ. No. 02-420(MJD/RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of June, 2002.

* * *

On June 6, 2002, the Court heard argument on the Defendant's Motion for a Protective Order.[1] The Plaintiffs appeared by T. Joseph Snodgrass and Thomas R. Thibodeau, Esqs., and the Defendant, and non-party Gaynor & Associates, appeared by Hal A. Shillingstad, Esq.

On the date of the Hearing, the Court learned that a Report and Recommendation had been issued by the Honorable John M. Mason, United States Magistrate Judge, which recommended that the Plain-

---

[1]Prior to the Hearing, the Defendant advised the Court that it was withdrawing its Motion for a Conference to Adopt a Scheduling Order and, accordingly, we deny that Motion as moot.

FILED JUN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

41

tiff's Motion to Remand be granted to extent that it sought to have this matter remanded to a District Court of the State of Minnesota. The Court, and the parties, recognized the unique complications arising from the current posture of this action. At the time of the Hearing, the Defendant clarified that it did not seek to restrict documents from production, but only intended to prohibit the subsequent public disclosure of the documents after their production. In turn, the Plaintiffs reiterated their agreement to abide by the level of protection prescribed in the Defendant's proposed Protective Order, with some slight exception, in order to facilitate the pretrial process. Given the position of the parties, we concluded that they could craft a stipulation, which would allow the production of documents to the Plaintiffs, while assuring the prohibition of further dissemination of the documents, and which would maintain the status quo with respect to any Court of competent jurisdiction, so as to allow the consideration of the merits, or substance, of any further disclosure of the documents at some subsequent time.[2]

---

[2]As we made clear at the Hearing, given the potentiality, that this case will proceed in State Court, we wanted the inclusion, in any proposed Order for this Court's execution, to expressly allow a modification of the protective aspects of the Order, by a subsequent Court. Given the absence of a substantive dispute between the parties, we viewed a stipulated agreement as the best means to allow for a modification of the level of protection as determined (continued...)

NOW, THEREFORE, It is --

ORDERED:

1. That the Defendant's Motion for a Protective Order [Docket No. 27] is DENIED as moot, without prejudice to its renewal before a Court of competent jurisdiction.

2. That the Defendant's Motion for a Conference to Adopt Scheduling Order [Docket No. 32] is DENIED as moot.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

---

[2](...continued) by the Court then involved in the matter.

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

Judge Robert J. Kressel

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building