UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marlys Sushoreba, Mark Pernat, Christal Pernat, Randy Myhre and Julie Myhre, and all others similarly situated,

Civ. File No. 02-420 (MJD/RLE)

Plaintiffs and Proposed Class Representatives,

v.

**ORDER**

Easy Heat, Inc., an Indiana corporation,

Defendant.

---

This matter is before the Court on the objections of Defendant Easy Heat to United States Magistrate Judge John M. Mason's Report and Recommendation dated June 3, 2002. In that Report and Recommendation, Judge Mason granted Plaintiffs' Motion to Remand this matter to state court, but denied Plaintiffs' Motion for Attorney Fees and Expenses. Pursuant to statute, the Court must conduct a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). After careful review, the Court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Remand (Clerk Doc. No. 8) is **GRANTED** with respect to the remand issue, and **DENIED** with respect to fees and costs; and

FILED ______ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2. This matter is **REMANDED** to the District Court of the State of Minnesota, Sixth Judicial District, County of St. Louis.

Dated: July 5, 2002

Michael J. Davis
United States District Court Judge