UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARLYS SUSHOREBA, RANDY MYHRE and JULIE MYHRE, and all others similarly situated, proposed class representatives,

Plaintiffs,

CIVIL NO. 02-420 (MJD/RLE)

v.

ORDER

EASY HEAT, INC.,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated June 3, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand and for Attorney Fees and Expenses [Docket No. 8] is granted only as follows: The above matter may be, and hereby is, remanded to the District Court for the State of Minnesota, Sixth Judicial District.

Dated: July 5, 2002

Michael J. Davis

MICHAEL J. DAVIS
United States District Judge

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________