(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-420-MJD/RLE Case Title: Sushoreba, et al. v. Easey Heat, Inc

Affidavit of Movant

I, Thomas K. Klosowski, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac ______, an attorney admitted to practice in the ______ District of ______, but not admitted to the bar of this court, who will be counsel for [ ] plaintiff [X] defendant Easy Heat, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 176321 Date: 7-11-02

Affidavit of Proposed Admittee

I, Evelyn L. Becker, am currently a member in good standing of the U.S. District Court for Central District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Evelyn L. Becker Signature: [signature] Date: 7/2/2002

Attorney License Number: 170903

Law Firm Name & Address: O'Melveny & Myers LLP
555 13th Street, N.W., Suite 500 West, Washington, DC 20004

Telephone: 202/383-5300

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: JUL 1 2 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUL 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______