UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marlys Sushoreba, Mark Pernat, Christal Pernat, Randy Myhre and Julie Myhre, and all others similarly situated,

Civ. File No. 02-420 (MJD/RLE)

Plaintiffs and Proposed Class Representatives,

v.

**ORDER**

Easy Heat, Inc., an Indiana corporation,

Defendant.

---

The Order at Clerk Docket Number 50, which indicates that no objections to the Report and Recommendation were filed in this matter, is hereby vacated.

**IT IS SO ORDERED.**

Dated: July 16, 2002

Michael J. Davis
United States District Court Judge

FILED 7-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK